**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br>                    Petitioner,<br><br>v.<br><br>Brad J. Montagne,<br><br>                    Respondent. | Civ. No. 12-mc-11 (PJS/JJK)<br><br>**ORDER** |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 10, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.  Petitioner's Petition to Enforce Internal Revenue Service Summons (Doc. No. 1) is **GRANTED**; and

2.  Respondent's Motion to Quash (Doc. No. 4), is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: April 25, 2012

                                                                        s/Patrick J. Schiltz_____
                                                                        Patrick J. Schiltz
                                                                        United States District Judge